FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT LARAMIE GOMES,<br><br>                Plaintiff,<br><br>     v.<br><br>YAKIMA POLICE DEPARTMENT,<br><br>                Defendant. | No.   1:20-cv-03085-SMJ<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

By Order filed July 30, 2020, the Court directed Plaintiff Robert Laramie Gomes to provide a new application to proceed *in forma pauperis* upon his notification that he was released from incarceration at the Yakima County Jail to a residential address in Redmond, Washington. ECF No. 8. Plaintiff had presented a *pro se* civil rights complaint and Defendant was not served. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. *Id.* at 1. Plaintiff did not comply with the Court's directive and has filed nothing further in this action. Therefore, it appears Plaintiff has abandoned this litigation.

//

//

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS – 1

Accordingly, for the reasons set forth above and in the Court's prior Order,

**IT IS HEREBY ORDERED**:

    **1.**    This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

        **A.**    The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

    **2.**    The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 4th day of September 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS – 2